UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

COREY BARLOW                                                      PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:10cv345-CWR-LRA

CHRISTOPHER EPPS                                                  DEFENDANT


ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson entered on June 13, 2011 and which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations within  fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2), and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.  Plaintiff Corey Barlow shall have an additional ninety (90) days from entry of this order to request the trial court record and transcript and file an amended petition.

SO ORDERED, this the19th day of July, 2011.


                                                    s/Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE